IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.  5:24-CR-323 (BKS) |
| v. | ) **Information** |
| MICHAEL WILLIAMS, | ) Violation: 18 U.S.C. § 242 |
| Defendant. | ) [Deprivation of Rights Under Color of Law] |
| | ) 1 Count |
| | ) County of Offense: Oneida |

**THE UNITED STATES ATTORNEY CHARGES:**

### Introduction

1. At all times relevant to this Information, Mid-State Correctional Facility ("Mid-State") was a prison in Marcy, New York that housed inmates convicted of state crimes.

2. On or about the early morning of April 13, 2023, defendant **MICHAEL WILLIAMS**, a corrections officer trainee assigned to Mid-State, was working in Building 4.

3. Corrections Officers 1 and 2 also were employed as corrections officers at Mid-State and were working the same shift as defendant **MICHAEL WILLIAMS** in the same building.

4. J.B. was an inmate housed in Building 4, Unit 4F in the early morning hours of April 13, 2023.

### COUNT 1
### [Deprivation of Rights Under Color of Law]

5. On or about April 13, 2023, in Oneida County in the Northern District of New York, the defendant, **MICHAEL WILLIAMS**, while acting under color of law and while aided and abetted by Corrections Officers 1 and 2, willfully deprived J.B. of the right, protected and

secured by the Constitution and laws of the United States, to be free from cruel and unusual punishment. Specifically, defendant **WILLIAMS**, aided and abetted by Corrections Officers 1 and 2, physically assaulted J.B. in the hallway outside Unit 4F. The offense resulted in bodily injury to J.B.

All in violation of Title 18, United States Code, Section 242.

Dated: August 23, 2024

CARLA B. FREEDMAN
United States Attorney

By: Michael F. Perry (Bar Roll No. 518952)
Michael D. Gadarian (Bar Roll No. 517198)
Assistant United States Attorneys