

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*   *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*          *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

March 28, 2025

**Via CM/ECF**

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

      **Re: Sentencing Adjournment, *U.S. v. Michael Williams*, 5:24-CR-323 (BKS)**

Dear Judge Sannes:

      The Government is writing to request a 90-day adjournment of the sentencing date as to Defendant Michael Williams in the above-referenced case. The Government has consulted with counsel for the Defendant, who has confirmed that Mr. Williams does not object to this request.

      Respectfully submitted,

      JOHN A. SARCONE III
      United States Attorney

      /s/ Michael F. Perry
      /s/ Michael D. Gadarian
By: _____
      Michael F. Perry, Bar Roll No. 518952
      Michael D. Gadarian, Bar Roll No. 517198
      Assistant United States Attorneys

cc:    All counsel of record (via CM/ECF)